UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-CV-60451

JIBRAEL HINDI,

    Plaintiff,

v.

PRINCE-PARKER & ASSOCIATES, INC,

    Defendant.

_____/

## **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff JIBRAEL HINDI and Defendant PRINCE-PARKER & ASSOCIATES, INC, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal *with* Prejudice for the above captioned matter.  Each party is to bear their own attorneys' fees and costs.  All parties have reviewed this stipulation.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

DATED: April 24, 2018

Respectfully Submitted:

| | |
|---|---|
| /s/ Thomas J. Patti | /s/ Ruben v. Chavez |
| THOMAS J. PATTI, ESQ. | RUBEN V. CHAVEZ, ESQ. |
| Florida Bar No.: 118377 | Florida Bar No.: 0148822 |
| E-mail: tpatti@thomasjohnlaw.com | E-mail: rchavez@chavezpa.com |
| THOMAS-JOHN LAW, P.A. | LAW OFFICES OF RUBEN V. CHAVEZ, PA |
| 1451 W. Cypress Creek Road, Suite 300 | 10689 N. Kendall Drive, Suite 312 |
| Fort Lauderdale, Florida 33309 | Fort Lauderdale, Florida 33301 |
| Phone: 954-543-1325 | Phone: 305-358-0070 |
| Fax:    954-507-9975 | Fax:    305-397-2433 |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |